IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br> COSIO CONSTRUCTION COMPANY, a Dissolved Illinois corporation, <br><br>　　　　　　Defendant. | Case No. 25 cv 00785 <br><br> Judge Chang |

## MOTION FOR ENTRY OF JUDGMENT IN SUM CERTAIN

Now come Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus, as Administrator of the Funds (collectively referred to hereinafter as the "Funds"), by and through their attorney, Amy Carollo, and hereby move this Court for an entry of judgment in sum certain against Cosio Construction Company ("Cosio" or the "Company" herein). In support of this Motion, Plaintiffs state as follows:

　　1.　　The Defendant was held in default on March 7, 2025.

　　2.　　An audit for the period of November 1, 2022 through September 16, 2024 (hereinafter "Audit") was completed and provided to the Defendant on August 14, 2025.

2. The Company provided challenges, and the audit was revised.

3. Pursuant to Section 502(g)(2) of the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. § 1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185, the Agreement, Federal Common Law, and the Funds' respective Agreements and Declarations of Trust, the Funds are entitled to judgment in the amount of $8,078.32 against Cosio, as follows:

    a. $3,529.32 on the audit for the period of November 1, 2022 through September 16, 2024. *See* Exhibit A, ¶ 9.

    b. As set forth in the Declaration of Amy Carollo filed contemporaneously herewith and attached hereto as Exhibit B, $4,549.00 in attorneys' fees and costs expended in this matter.

WHEREFORE, Plaintiffs respectfully request that the Court:

    A. Enter Judgment in Plaintiffs' favor and against Cosio Construction Company, in the amount of $8,078.32 and

    B. Order Cosio Construction Company to pay post judgment interest in all amounts due from the date of the judgment until the judgment is satisfied.

October 6, 2025

Respectfully submitted,
Laborers' Pension Fund, et al.
By: /s/ Amy Carollo

Amy Carollo
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

**CERTIFICATE OF SERVICE**

      The undersigned attorney of record certifies that she caused a copy of the foregoing Plaintiffs' Motion for Judgment in Sum Certain to be served upon the following entities and person(s) via email and U.S. Postal Service on this 6th day of October, 2025.

Cosio Construction
c/o Evelyn Cosio, President
760 W Lake Manor Dr.
Addison, IL 60101

evelyncosio@yahoo.com

                                                /s/ Amy Carollo